JAMES REES & SONS COMPANY, Respondent, v. ALEJANDRO ANGEL and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

LOUIS L. SEIDMAN, Respondent, v. MANWIT CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

WILLIAM A. TAYLOR and Another, as Surviving Copartners, etc., Respondents, v. MAX KURZROK and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

WHEELER CONDENSER AND ENGINEERING COMPANY, Respondent, v. MORRIS & CUMMINGS DREDGING COMPANY, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

SANTI AMOROSO, Respondent, v. THE SEA INSURANCE COMPANY, LTD., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Clarke, P. J., and Finch, J., dissent.

THE AMERICAN SUGAR REFINING COMPANY, Respondent, v. BENJAMIN DORMAN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

MARSTEIN HOLDING CORPORATION, Respondent, v. ABRAHAM M. PARISER and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

BERTHA KAHN, Respondent, v. BRIJAR BUILDING CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

ERNEST M. CHAPIN, Appellant, v. GEORGE E. LEARNARD, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

· FREDERICK S. DICKINSON and Another, Appellants, v. JOHN SPRINGER, and " JOHN " STEELMAN and Another, Copartners, etc., Respondents, Impleaded with Others, Defendants.— Judgments affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

FREDERICK S. DICKINSON and Another, Appellants, v. JOHN SPRINGER and GEORGE W. BRISTOL, Respondents, Impleaded with Others, Defendants.— Judgments affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LILLIAN FRIEDEL, Respondent, v. NICHOLAS FRIEDEL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.